## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds, | Civil File No. 06-3862 PAM/JSM |
| Plaintiffs, | |
| vs. | **ORDER FOR JUDGMENT** |
| David R. Maros, individually and doing business as Dave's Concrete Service, L.L.C., | |
| Defendant. | |

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated January 11, 2007.

Based upon the Court's Order dated January 11, 2007, the Affidavit of Stephen C. Kelly for Entry of Judgment, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $14,356.76.


Dated: March __30__, 2007         s/Paul A. Magnuson
                                  PAUL A. MAGNUSON
                                  United States District Judge